IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LISA LOU RUSSELL, | : | |
| | : | Case No. 2:15-cv-407 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Kemp |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation to Attorneys' Fees and Expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2414. (Doc. 28). The parties jointly stipulate and petition this Court to enter an award to Plaintiff Lisa Lou Russell in the amount of $5,500 for "all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412, that may be payable for counsel's work before the Court in this case." (*Id.*).

The Commissioner states that any fees paid under this award belong to Ms. Russell, and not her attorney, and can be offset to satisfy any pre-existing debt that Ms. Russell owes to the United States. *See Astrue v. Ratcliff*, 560 U.S. 586 (2010). After the Court enters this award, counsel for both parties shall verify that Ms. Russell owes no pre-existing debt to the United States subject to offset; then, the Commissioner agrees to make the award payable to Ms. Russell's attorney pursuant to a valid EAJA assignment signed by Ms. Russell and her attorney.

In light of the foregoing, the Court **GRANTS** the parties' Joint Stipulation to Attorneys' Fees to Ms. Russell in the amount of $5,500. (Doc. 28). The Court **DENIES AS MOOT** Ms. Russell's earlier Motion for Attorneys' Fees. (Doc. 26).

2

**IT IS SO ORDERED.**

                                                    **/s/ Algenon L. Marbley**
                                                    **ALGENON L. MARBLEY**
                                                    **UNITED STATES DISTRICT JUDGE**

**DATED:  July 18, 2016**